**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Adam Poitras, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:10-cv-10961 |
| | : |
| American Profit Recovery, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: October 11, 2010

                                                      Respectfully submitted,

                                                      PLAINTIFF, Adam Poitras

                                                      /s/ Sergei Lemberg

                                                      Sergei Lemberg, Esq.
                                                      B.B.O. No.: 650671
                                                      **LEMBERG & ASSOCIATES L.L.C.**
                                                      1100 Summer Street, 3rd Floor
                                                      Stamford, CT 06905
                                                      Telephone: (203) 653-2250
                                                      Facsimile: (877) 795-3666
                                                      slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on October 11, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Massachusetts Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Sergei Lemberg_____

              Sergei Lemberg