# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Adam Poitras
  Plaintiff

    V.

American Profit Recovery, Inc.
  Defendant

CIVIL ACTION

NO. 1:10-cv-10961-JLT

## SETTLEMENT ORDER OF DISMISSAL

TAURO, D. J.

  The Court having been advised on October 11, 2010, by counsel for the parties that the above action has been settled:

  IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 60 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

                By the Court,

October 18, 2010           /s/ Zita Lovett

  Date              Deputy Clerk